DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JANE HORTON,

Appellant,

v.

TAMPA BAY DOWNS, INC.,

Appellee.

No. 2D2025-0602
_____

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Mark Wolfe, Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Kathryn L. Ender, Seth V. Alhadeff and Janice Lopez of Dinsmore & Shohl, LLP, Miami, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and KELLY and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.